IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> JOSE LIZARDI,                 )<br>                              )<br>            Defendant.        )<br> _____ ) | No. CR. S-01-0072-FCD<br><br>**ORDER EXONERATING BOND AND RECONVEYING REAL PROPERTY** |

On March 18, 2002, the Indictment against Defendant Jose Lizardi was dismissed without prejudice. On May 11, 2001, a $200,000 bond was secured by real property located at 2005 Burbeck Avenue, Richmond, CA 94801. The real property is owned by Rodolfo de Toro and Teresa del Toro Moreno.

IT IS HEREBY ORDERED THAT the $200,000 bond secured by real property in this case is exonerated.

IT IS FURTHER ORDERED THAT the real property located at 2005 Burbeck Avenue, Richmond, CA 94801, be reconveyed to Rodolfo de Toro and Teresa del Toro Moreno.

Dated: July 15, 2008

 _____
 FRANK C. DAMRELL, JR.
 UNITED STATES DISTRICT JUDGE